NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PELOTON INTERACTIVE, INC.,**

*Appellant*

**v.**

**ECHELON FITNESS MULTIMEDIA, LLC,**

*Appellee*

---

2022-1586, 2022-1588

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01186, IPR2020-01187.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

2          PELOTON INTERACTIVE, INC. v. ECHELON FITNESS
                                        MULTIMEDIA, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>December 2, 2022</u>
        Date                      <u>/s/ Peter R. Marksteiner</u>
                                  Peter R. Marksteiner
                                  Clerk of Court

**ISSUED AS A MANDATE:** December 2, 2022